# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE: Andrew Mickiewicz** )
)
) **Bankruptcy No. 13 B 01037**
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __February 27, 2014 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Eugene Crane to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Andrew Mickiewicz
Bankruptcy No. 13 B 01037

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by M. Eryk Nowicki
724 West Illinois Route 120
Suite 150
McHenry, IL 60051
Email: menowicki@menolaw.com

Trustee
Eugene Crane
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Andrew Mickiewicz
1247 Elm Street
Winettka, IL 60093